of argument for November 14, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HOWDEN TILE & MARBLE CO., INC., v. NATIONAL ENGINEERING CORPORATION. — Motion granted and the time of respondent in which to serve and file its points extended to and including October 25, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EBLING MALT PRODUCTS CO., INC., v. PATRICK J. BREARTON.— Motion granted and the argument of appeal postponed to November 6, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MORTIMER ELLIOTT.— Motion granted and the time of appellant to serve and file the record on appeal and appellant's points extended to and including October 25, 1929, with notice of argument for November 12, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM WEINBERGER.— Motion granted and the time of appellant in which to serve and file his points on appeal extended to and including October 25, 1929, with notice of argument for November 12, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDORE WEIL and Another v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK and Others, Impleaded with NETTIE M. WEIL and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDORE WEIL and Another v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK and Others, Impleaded with NETTIE M. WEIL and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDORE WEIL and Another v. NETTIE M. WEIL and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK ROCCO, Alias VOLACHI.— Motion granted and the time of the appellant in which to serve and file record and appellant's points extended to and including November 8, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CLINTON TRADING CORPORATION, Respondent, v. MINETTA COLONY CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PURITAN REALTY CORPORATION, Respondent, v. RANDOLPH REALTY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PURITAN REALTY CORPORATION, Respondent, v. RANDOLPH REALTY CORPORATION, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM S. DEYO, Respondent, v. MILLS NOVELTY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted on payment of costs to date of motion, including ten dollars costs, and without prejudice to the position of case on the calendar. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM S. DEYO, Respondent, v. MILLS NOVELTY COMPANY, Appellant.—